FILED'09 JAN 07 14:26USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No. 09- 03 - MO |
| v. | **INDICTMENT** |
| | 18 U.S.C. § 113(a)(3), (a)(6) & 1153 |
| SYRUS ANDREW SAMPSON, | |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
### Assault With a Dangerous Weapon
### 18 U.S.C. § 113(a)(3)

On or about October 25, 2008, on the Umatilla Indian Reservation, within Indian Country, within the special maritime jurisdiction and territorial jurisdiction of the United States and in the District of Oregon, SYRUS SAMPSON, the defendant herein, an Indian male, did assault Jonathan Higheagle with a dangerous weapon, while having the intent to do bodily harm; all in violation of Title 18, United States Code, Section 113(a)(3) and Section 1153.

### COUNT 2
### Assault Resulting in Serious Bodily Injury
### 18 U.S.C. § 113(a)(6)

On or about October 25, 2008, on the Umatilla Indian Reservation, within Indian Country, within the special maritime jurisdiction and territorial jurisdiction of the United States and in the District of Oregon, SYRUS SAMPSON, the defendant herein, an Indian male, did

assault Jonathan Higheagle, resulting in serious bodily injury; all in violation of Title 18, United States Code, Section 113(a)(6) and Section 1153.

DATED this 7 day of January 2009.

A TRUE BILL.

Presented by:

KARIN J. IMMERGUT
United States Attorney

*/s/ Kemp L.* 
_____
KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney

PAGE 2 - INDICTMENT